THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH F. GRAUPE, Appellant, *v.* ERHARDT LAUFFER, Respondent.

*People ex rel. Graupe* v. *Lauffer*, 166 App. Div. 971, affirmed.
(Argued April 13, 1915; decided May 4, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 19, 1915, which affirmed an order of Special Term dismissing a writ of habeas corpus sued out by relator for the purpose of obtaining possession of his daughter.

*Irving W. Cole* and *Hamilton Ward* for appellant.

*Charles J. Staples* for respondent.

Order affirmed, without costs; no opinion.

Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.